United States District Court
District Massachusetts

Raul Montes
   Petitioner

Vs.

Immigration Naturalization Services
   Respondent

Case No. 99-12578 DPW
INS No. A24788121

04 11748

Writ of Habeas Corpus
and stay of deportation
Pursuant to 28 USC 2241

## Motion for Stay of Deportation

1-) The petitioner Raul Montes is a Cuban Immigrant in the United States for humanitarian emergency reasons authorized under the INS act 212(0).

2-) The petitioner alleges that the INS in accordance with Title 8, Code of federal regulation section 212.5 (d) his parole status in a hearing was revoked. Because of a conviction on October 28th 1987 in a Worcester Superior Court in Boston, Massachusetts for the offense of Distribution Class A Chapter 94C Massachusetts general Law Case # 86112595.

3-) The petitioner alleges that in February of 1997 his immigration legal status was revoked and declared inadmissible because of the 1987 conviction. Docket No. 86112595

4-) The petitioner alleges that he was sent to a detention center in Texas were he was finally release under parole to wait for a future deportation.

5-) The petitioner alleges that on December 27th 1999 a motion was filed to vacate case No. 86-12595.

6-) The petitioner alleges the case No. 1986-12595 was Dismissed in October 17th 2002.

7-) The petitioner for this reason ask this Honorable Court to please stop the deportation order and to give back his legal immigration status to him as well as to the Department of Immigration and Naturalization Services.
*The petitioner has enclosed a copy of the docket entry for case No. 1986-12595.*

## Argument

1-) The petitioner does not have any guilty convictions on his record.

2-) The petitioner for no reason should be denied his right to legal status within the United States.

3-) The INS has no motive at this time to maintain an inadmission of the petitioner.

4-) The INS has no argument for not giving the petitioner his legal migratory status.

5-) For said reason the petitioner ask your honorable court to order that his deportation be dismissed and that his legal statues be returned in its entirety.

Respectfully,

Raul Montes
INS # A24788121
3131 NW 16th Street
Miami, FL 33125

**Kenneth I. Seiger**
Attorney at Law
P. O. Box 470725
Brookline, MA 02447

Telephone/Fax:
(617) 277-8544

CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

January 16, 2003

Raul Montes
P.O. Box 13-3161
Hialeah, FL 33013-3161

Dear Mr. Montes:

Enclosed please find, per your request, copies of the docket entries for your case in Worcester Superior Court. I have also enclosed a copy of the order of dismissal of your case.

Sincerely,

Kenneth I. Seiger

Enclosures

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CRIMINAL DOCKET#: **WOCR1986-12595**

RE:   Commonwealth v Montes, Raul

TO:   Kenneth I Seiger, Esquire
PO Box 470725
Brookline Village, MA 02447-0012

## NOTICE OF DOCKET ENTRY

You are hereby notified that on 10/17/2002 the following entry was made on the above referenced docket:

**RE Offense 1:Dismissed - Motion to Dismiss (P#8) Allowed (McCann,J)**

Dated at Worcester, Massachusetts this 27th day of December, 2002.

Corinne L. Gorman,
Clerk of the Court

Assistant Clerk

Telephone: 508-770-1899 Ext. 115

Check website as to status of case: http://ma-trialcourts.org/tcic

MAS-20020121

**Commonwealth of Massachusetts**
WORCESTER SUPERIOR COURT
Case Summary
Criminal Docket

12/27/2002
09:04 AM

## WOCR1986-12595
### Commonwealth v Montes, Raul

| | | | |
|---|---|---|---|
| File Date | 06/09/1986 | Status | Disposed (disp) |
| Status Date | 10/17/2002 | Session | 1 - Crim 1 (204 Worcester) |
| Jury Trial | Unknown | Origin | I - Indictment |
| Lead Case | | | |

| | | |
|---|---|---|
| Trial Deadline | Deadline Status | Status Date |
| | Custody Status | Start Date |
| Weapon | Substance | Prior Record   Unknown |
| Arraignment | PTC Deadline | Pro Se Defendant   No |

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/21/1986 | 094C:032:a | Dismissed | 10/17/2002 |
| | Class A subsntc, distrib/manufac | | | |

**Plaintiff**
Commonwealth
Gender: Unknown
Active 12/27/1999

**District Atty's Office 363140**
Lawrence J Murphy
Worcester County District Atty's Office
2 Main Street
Courthouse Room 220
Worcester, MA 01608-1176
Phone: 508-755-8601
Fax: 508-831-9899
Active 03/18/2002 Notify

**Defendant**
Raul Montes
J Ceda A24788121
102 West C
Waurika, OK 73573
Gender: Unknown
Active 12/27/1999

**Private Counsel 556404**
Kenneth I Seiger
PO Box 470725
Brookline Village, MA 02447-0012
Phone: 617-277-8544
Fax:
Active 12/13/2001 Notify

| Date | Paper | Text |
|---|---|---|
| 06/09/1986 | 1.0 | Indictment returned |
| 12/13/1999 | 3.0 | Deft files Motion for Free Transcripts (case to Toomey,J) |
| 01/10/2000 | | Motion (P#3) Because the notes from which defendant seeks to have a transcript produced are, according to the reporter, no longer in existence and because defendant has asserted no sustantive reason for his challenge to his 1987 guilty plea, this Motion is DENIED (Toomey,J) (DA & deft notified) |
| 01/27/2000 | 4.0 | Deft files Motion to Vacate Judgement w/Memorandum of Law in Support & Affidavit in Support (case to Toomey,J) |
| 02/03/2000 | | CPCS has assigned KENNETH SEIGER to review the deft's motion to withdraw his guilty plea |
| 02/24/2000 | | Court Reporter JANE ESPOSITO is hereby notified to prepare one copy |

case01 94095 y y y y y y

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Criminal Docket

## WOCR1986-12595
## Commonwealth v Montes, Raul

| Date | Paper | Text |
|---|---|---|
| 02/24/2000 | | of the transcript of the evidence of 10/28/1987. Docket, indictment & P#3 & 4 mailed to Atty Seiger |
| 07/28/2000 | 5.0 | Deft files Motion to Withdraw Guilty Plea w/Memorandum in Support, Affidavits & Exhibits (copies to Toomey,J) |
| 08/01/2000 | | ORDER (RE: P#5) : Motion assigned to Hillman, J. for determination (Toomey, RAJ) (DA & Atty Seiger notified, case to Hillman,J) |
| 12/12/2001 | | (RE: P#5) This Motion shall be heard on Tuesday, January 8, 2002 at 2:00 p.m. It is expected that this motion will be heard in Worcester. However, counsel are asked to confirm the Court's schedule telephonically after 1/1/02 (Hillman,J) (parties notified) |
| 05/30/2002 | 6.0 | Motion by Deft: to Waive Presence at Hearing on Rule 30 Motion with Affidavit of Counsel |
| 06/04/2002 | | Motion (P#6) allowed (Hillman,J) Copies mailed June 05, 2002 |
| 08/08/2002 | | Motion (P#5) Defendant's Motion to Witdraw Guilty Plea - ALLOWED (Hillman,J) see Findings and Order |
| 08/08/2002 | 7.0 | Findings and Order on Defendant's Motion to Withdraw Guilty Plea - ALLOWED (Hillman,J) (copies to DA & Atty. Seiger) |
| 10/10/2002 | | Abstract sent to RMV |
| 10/11/2002 | 8.0 | Motion by Deft: to Dismiss and Affidavit in Support, filed |
| 10/11/2002 | 9.0 | Motion by Deft: to Waive Presence at Hearing on Motion to Dismiss and Affidavit, filed |
| 10/17/2002 | | Motion (P#8) ALLOWED (McCann,J) |
| 10/17/2002 | | RE Offense 1:Dismissed - Motion to Dismiss (P#8) Allowed (McCann,J) |

| Date | Session | Event | Result |
|---|---|---|---|
| 01/08/2002 | Crim 1 (204 Worcester) | Hearing: Post-Sentence before Hillman,J at 2:00 p.m. - Deft in INS custody in Texas - no habe to be issued | Event held as scheduled |
| 03/18/2002 | Crim 1 (204 Worcester) | Hearing: Post-Sentence Further hearing on Defendant's Motion to w/draw Guilty Plea w/Judge Hillman (No one appeared, apparently A.D.A. Lawrence Murphy is on vacation) | Event not reached by Court |
| 04/09/2002 | Crim 1 (204 Worcester) | Hearing: Post-Sentence Further hearing on Deft's Motion to W/draw Guilty Plea from 1/08/02 (Per phone call on 3/18/02 from Atty. Seiger the defendant has been released) JUDGE HILLMAN IS NOT SITTING HERE IN WORCESTER | Event not held--joint request |
| 05/22/2002 | Crim 1 (204 Worcester) | Hearing: Post-Sentence Further hearing from 1/08/02 on Deft's Motion to w/draw Guilty Plea. The defendant has been released from the INS facility in Texas. Per phone call from Judge Hillman on 5/13/02 this date needs to be rescheduled. Atty. Seiger notified and is to contact the clerk on a new date. (A. Rodriguez, III) | Event not reached by Court |
| 06/18/2002 | Crim 1 (204 Worcester) | Hearing: Motion Defendant's Motion to withdraw Guilty Plea (Further hearing from 1/08/02). Defendant's presence is waived. Rm. 12 | Event held--under advisement |
| 06/20/2002 | Crim 1 (204 Worcester) | Hearing: Post-Sentence To be heard before Hillman,J (Atty. Seiger to contact clerk on a new date) | Event not held--req of Defendant |
| 10/17/2002 | Crim 1 (204 Worcester) | Hearing: Motion | Event held as scheduled |

*John Fitzgerald Kennedy Federal Building*

*Government Center*

*Boston, Massachusetts 02203*

District Director

PLEASE REFER TO THIS FILE NUMBER

Date: MARCH 4, 1997
A#: 24 788 121

Mr./Mrs. Raul MONTES

Dear Mr./Mrs. Raul MONTES

On May 5, 1980 you were paroled into the United States for emergent and humanitarian reasons, as authorized under Section 212(d)(5) of the Immigration & Nationality Act. In accordance with Title 8, Code of Federal Regulations, Section 212.5(d), your parole status is hereby revoked, effective immediately, for the following reasons:

On Oct 28, 87 / January 1, 1996 you were convicted in the Suffolk Superior Ct in W&M / Boston, MA of the offense of Poss n. w/ int. / Distribution Class A, cont. sub. Heroin in violation of the Massachusetts General Laws Chapter 94C

Case # 95/633  96-11251 5

This letter is to formally notify you that your parole status is hereby revoked and you shall be returned to the custody of the Immigration and Naturalization Service.

Sincerely,

JEAN R. OUELLETTE
ACTING DISTRICT DIRECTOR

BY PERSONAL SERVICE

Special Agent

Immigration ...

*John Fitzgerald Kennedy Federal Building*

*Government Center*

*Boston, Massachusetts 02203*

District Director

PLEASE REFER TO THIS FILE NUMBER

Date: MARCH 4, 1997
A#: 24 788 121

Mr./Mrs.  Raul FONTES

Dear Mr./Mrs. Raul FONTES

On May 5, 1980 you were paroled into the United States for emergent and humanitarian reasons, as authorized under Section 212(d)(5) of the Immigration & Nationality Act In accordance with Title 8, Code of Federal Regulations, Section 212.5(d), your parole status is hereby revoked, effective immediately, for the following reasons:

On January 1, 1996 you were convicted in the Suffolk Superior Ct in Boston, MA of the offense of Distribution Class A; cont. sub. Heroin in violation of Chapter 94C of the Massachusetts General Laws
Case # 951033

This letter is to formally notify you that your parole status is hereby revoked and you shall be returned to the custody of the Immigration and Naturalization Service.

Sincerely,

JEAN R. OUELLETTE
ACTING DISTRICT DIRECTOR

BY PERSONAL SERVICE

Special Agent