UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RAUL MONTES,                         )
             Petitioner,             )
                                     )   C.A. No. 04-11748-JLT
        v.                           )
                                     )
IMMIGRATION AND NATURALIZATION,      )
SERVICE                              )
             Respondent.             )
```

SERVICE ORDER

Now before the Court is Raul Montes' pro se petition for writ of habeas corpus.  The Clerk of this Court is hereby ORDERED to serve a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 upon Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114; AND the United States Attorney, United States Courthouse Suite 9200 (Attn: AUSA Michael Sady), Boston, MA  02210.

It is further ORDERED that the Respondent, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

It is further ORDERED that the Respondent provide the Court with at least forty-eight (48) hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

Dated at Boston, Massachusetts, this 12th day of August, 2004.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE