UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RAUL MONTES,                          )
                                      )
            Petitioner                )
                                      )        Civil Action No.
      v.                              )        04cv11748-JLT
                                      )
IMMIGRATION AND NATURALIZATION        )
SERVICE[1]                            )
                                      )
            Respondent[2]             )

RETURN AND MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO DISMISS
OR TRANSFER IN THE ALTERNATIVE

    Petitioner, a native and citizen of Cuba, was released

from his detention, in Texas, by the former Immigration and

Naturalization Service on December 18, 2001.

    Petitioner now resides in Miami, Florida, at the address

given on his petition, and any enforcement of petitioner's

order of exclusion and deportation[3], is the official

---

[1] The Immigration and Naturalization Service of the United
States Department of Justice was "abolished" by section 471 of
the Homeland Security Act of 2002, Pub. L. 107-296, tit. IV,
subtits. D, E, F, 116 Stat. 2135, 2192 (Nov. 25, 2002) ("HSA").
Most of the interior enforcement functions of the former INS
were transferred to the Department of Homeland Security
("DHS"), Directorate of Border and Transportation Security,
Bureau of Immigration and Customs Enforcement.  These changes
were effective March 1, 2003.

[2] The officer responsible for enforcing the order of exclusion
and deportation in this case is the Bureau of Immigration and
Customs Enforcement Field Office Director for Detention and
Removal Operations in Miami, Florida, within whose jurisdiction
petitioner resides.

[3] Petitioner was ordered excluded and deported by an
Immigration Judge on February 5, 1998, and petitioner's appeal

responsibility of the Bureau of Immigration and Customs
Enforcement ("ICE") Field Office Director ("FOD") for Detention
and Removal Operations in Miami, Florida, within whose
jurisdiction petitioner resides.

Accordingly, this district of Massachusetts Court lacks in
personam jurisdiction over the ICE Field Office Director in
Miami, Florida, who is responsible for enforcing petitioner's
exclusion and deportation order and to whom any stay or
injunctive order relating to the enforcement of the order of
exclusion and deportation against petitioner would necessarily
be directed.

The Court therefore should either dismiss this action
under Fed. R. Civ. P. Rule 12(b)(2) for lack of in personam
jurisdiction over the proper respondent, or transfer this case
to the United States District Court for the Southern District
of Florida, Miami Division.

<div style="margin-left: 40%;">

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

</div>

---

of that order was dismissed by the Board of Immigration Appeals
on September 29, 1998.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused true copy of the above document
to be served upon pro se petitioner by mail on August 17, 2004.


<u>s/Frank Crowley</u>
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114