

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152





05-20046

**TO:**

United States District Court

301 North Miami Avenue

Miami, FL 33128-7788

**RE:**

CIVIL ACTION #: 04-cv-11748 JLT

CRIMINAL #: ———— CIV-KING

MAGISTRATE JUDGE
WHITE

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ December 28, 2004 by the Honorable Joseph L. Tauro.

The following documents are included in our file and transmitted herewith:

( X )  Certified copy of the docket entries;

( X )  Certified copy of the transferral order;

( X )  Original documents numbered 1 - 5

(   )  _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: January 3, 2005

By: Kimberly U. Abare
Deputy Clerk

cc: Counsel, File

_____

The documents listed above were received by me on _____ and assigned the

following case number: _____

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)